# IN THE SUPREME COURT OF ALABAMA



November 14, 2025

**SC-2025-0147**

Nicholas Hoffman v. City of Birmingham Retirement and Relief System and the Board of Managers of the City of Birmingham Retirement and Relief System (Appeal from Jefferson Circuit Court: CV-23-900802).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on November 14, 2025:

**APPLICATION OVERRULED. NO OPINION.** Stewart, C.J. -- Wise, Sellers, Mendheim, and Cook, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on October 10, 2025:

**AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.** Stewart, C.J. -- Wise, Sellers, Cook, and Lewis, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**